| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____  Chapter __7__ |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  Esthetic Design Dental Lab Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  2 6 – 4 8 3 2 3 6 8

4. **Debtor's address**

   **Principal place of business**

   **539 W. Wheatland Rd.**
   Number    Street

   **Duncanville**    **TX**    **75116**
   City    State    ZIP Code

   **Dallas**
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Esthetic Design Dental Lab Inc.**_____    Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

- [x] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [ ] None of the above

B. *Check all that apply:*

- [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11.  *Check all that apply:*
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

Document   Page 3 of 9

Debtor **Esthetic Design Dental Lab Inc.**_____   Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____ When _____ Case number _____
            MM / DD / YYYY
         District _____ When _____ Case number _____
            MM / DD / YYYY
         District _____ When _____ Case number _____
            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____ Relationship _____
         District _____ When _____
            MM / DD / YYYY
         Case number, if known _____

         Debtor _____ Relationship _____
         District _____ When _____
            MM / DD / YYYY
         Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **Esthetic Design Dental Lab Inc.**_____   Case number (if known)_____

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number    Street

_____

_____   _____   _____
City                      State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency  _____
         Contact name      _____
         Phone             _____

---

### Statistical and adminstrative information

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. | **Estimated number of creditors** | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |

| 15. | **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

| 16. | **Estimated liabilities** | ☐ $0-$50,000<br>☒ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

Debtor **Esthetic Design Dental Lab Inc.**　　　　　　　　　　　Case number (if known) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

   - The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
   - I have been authorized to file this petition on behalf of the debtor.
   - I have examined the information in this petition and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on **06/27/2023**
   MM / DD / YYYY

   X **/s/ Gerald E. Henegar**
   Signature of authorized representative of debtor
   **Gerald E. Henegar**
   Printed name
   **President/Stockholder**
   Title

18. **Signature of attorney**

   X **/s/ Craig D. Davis**　　　　　　　　　　　Date **06/27/2023**
   Signature of attorney for debtor　　　　　　　　　MM / DD / YYYY
   **Craig D. Davis**
   Printed name
   **Davis, Ermis & Roberts, P.C.**
   Firm name
   **1521 N Cooper, Suite 860**
   Number　　　Street

   **Arlington**　　　　　　　　**TX**　　　**76011**
   City　　　　　　　　　　　　State　　ZIP Code

   **(817) 265-8832**　　　　　　**davisdavisandroberts@yahoo.com**
   Contact phone　　　　　　　　Email address
   **00793588**　　　　　　　　　**TX**
   Bar number　　　　　　　　　State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In re **Esthetic Design Dental Lab Inc.**               Case No. _____

                                                        Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept................................................... **$4,662.00**
   Prior to the filing of this statement I have received....................................... **$4,662.00**
   Balance Due........................................................................................................ **$0.00**

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid black; padding:10px;">

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **06/27/2023** | **/s/ Craig D. Davis** |
|---|---|
| *Date* | *Craig D. Davis*     Bar No. 00793588 |
| | Davis, Ermis & Roberts, P.C. |
| | 1521 N Cooper, Suite 860 |
| | Arlington, TX 76011 |
| | Phone: (817) 265-8832 / Fax: (972) 262-3264 |

</div>

**/s/ Gerald E. Henegar**

*Gerald E. Henegar*
*President/Stockholder*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Esthetic Design Dental Lab Inc.**                              CASE NO

                                                                                         CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  6/27/2023                                                  Signature  /s/ Gerald E. Henegar
                                                                                       *Gerald E. Henegar*
                                                                                       *President/Stockholder*

Date _____                            Signature _____

Case 23-41813-elm7    Doc 1    Filed 06/27/23    Entered 06/27/23 09:51:27    Desc Main
Document    Page 9 of 9

Debtor(s):  Esthetic Design Dental Lab Inc.    Case No.
Chapter: 7

NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

```
Attorney General of Texas CSD       INTERNAL REVENUE SERVICE            United States Trustee
2001 Beach Street, Ste. 700         AUSTIN, TX  73301                   1100 Cmmerce St., Rm 976
Fort Worth, TX  76103                                                   Dallas, TX  75242-0996


Attorney General Office             INTERNAL REVENUE SERVICE            VA Regional Office
400 S. Zang Blvd., Ste. 1100        PO BOX 7346                         One Veterans Plaza
Dallas, TX  75208-6646              PHILADELPHIA, PA  19101-7346        701 Clay Ave
                                                                        Waco, TX  76799


Attorney General Office             Ora Milling Center                  VA Regional Office
400 South Zang Blvd. Ste 1100       50 Business Pkwy, Ste. E            One Veterans Plaza
Dallas, Texas 75208                 Richardson, TX  75081               701 Clay Av.
                                                                        Waco, Texas 76799


Christopher V. Arisco               Patterson Companies Inc.            Wells Fargo Bank, N.A.
c/o Padfield & Stout, LLP           25031 Network Place                 Attn:  Levy Processing Dept.
420 Throckmorton St., Ste. 1210     Chicago, IL  60673-1250             P.O. Box 29779
Ft. Worth, TX  76102                                                    Phoenix, AZ  85038


Dallas County Appraisal District    Patterson Dental Supply, Inc.       William T. Neary
Business Personal Property Divi     c/o Padfield & Stout, LLP           Office of the US Trustee
P.O. Box 560368                     420 Throckmorton St., Ste. 1210     1100 Commerce St., Rm 9C60
Dallas, TX  75356-0368              Ft. Worth, TX  76102                Dallas, TX  75242


Davis, Ermis & Roberts, P.C.        Patterson Dental Supply, Inc.       WILLIAM T. NEARY
1521 N Copper, Suite 860            1031 Mendota Heights Road           OFFICE OF THE US TRUSTEE
Arlington, TX 76011                 St. Paul, MN  55120                 1100 COMMERCE ST, RM 9C60
                                                                        DALLAS, TX. 75242


HUD                                 Patterson Financial Services
451 7th ST. SOUTHWEST               P.O. Box 978664
WASHINGTON, DC 20410                Dallas, TX  75397-8664


Internal Revenue Service            Robert S. Cooper P.C.
Centralized Insolvency Operation    5050 Quorum Dr., Ste 700#150
P.O. Box 7346                       Dallas, TX  75254
Philadelphia, PA  19101-7346


Internal Revenue Service            Scott A. Lifson
P.O. Box 7346                       The Colonnade, Ste 1200
Philadelphia, PA  19101-7346        5500 Wayzata Blvd.
                                    Minneapolis, MN  55416


INTERNAL REVENUE SERVICE            U.S. Small Business Administrat
SPECIAL PROCEDURES STAFF            Disaster Assistance
1100 COMMERCE STREET                14925 Kingsport Rd.
MAIL CODE 5020-DAL                  Fort Worth, TX  76155
DALLAS, TX 75242
```